In The

## Court of Appeals

## Ninth District of Texas at Beaumont

_____

NO. 09-16-00332-CR
_____

**DAVID RICHARD SMOTHERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-04-03934-CR**

**MEMORANDUM OPINION**

David Richard Smothers has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by the appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 27, 2016
Opinion Delivered December 28, 2016
Do Not Publish
Before McKeithen, C.J., Horton and Johnson, JJ.

1